JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ADVOCATE CAPITAL, INC., | Case No. SACV 17-01628 AG (DFMx) |
| Plaintiff, | **DEFAULT JUDGMENT** |
| v. | |
| PHILIP J. LAYFIELD, | |
| Defendants. | |

The Court enters Judgment in favor of Advocate Capital, Inc. and against Defendant Philip J. Layfield, for (1) damages for breach of contract of $4,341,356.73; (2) accrued finance charges of $2,627.50; (3) legal fees and expenses of $144,169.57; and (4) litigation and collection costs for a total judgment of $4,488,153.80.

Dated December 12, 2017

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT